358 A.2d 60

Commonwealth, Appellant, v. Cardello, et al.

Submitted April 12, 1976. Louis R. Paulick and Robert L. Eberhardt, Assistant District Attorneys, and Robert E. Colville, District Attorney, for Commonwealth, appellant; John L. Doherty, and De Cello, Bua & Manifesto, for appellees.

Order affirmed.

358 A.2d 72

Commonwealth v. Cromartie, Appellant.

Argued April 15, 1976. Charles F. Gilchrest, with him Routman, Moore, Goldstone & Valentino, for appellant; David B. Douds, Assistant District Attorney, with him Samuel J. Orr, IV, District Attorney for Commonwealth, appellee.

Judgment of sentence affirmed.